DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

, 7 MARCH 2013

| | | | |
|---|---|---|---|
| 236A12 | Jeffrey Smith, Chris Marion, Tanya Marion, Thi Quoc Tran, Seok Cho, Crafty Corner, LLC, a North Carolina Limited Liability Company, Triumph Entertainment, LLC, a North Carolina Limited Liability Company, Michael M. Courson, LLC, a North Carolina Limited Liability Company, Kelly Monsour, Tim Moore, Douglas Guy, Danny Dye, Beverly K. Harris, Harris Management Services, Inc., a North Carolina Corporation, JB&H Consulting, Inc., a North Carolina Corporation, Charles Shannon Silver, and Randy Griffin v. The City of Fayetteville, North Carolina | Plts' (Smith, C. Marion, T. Marion, Tran, Crafty Corner, LLC, Triumph Entertainment, LLC, Tim Moore, Douglas Guy, Danny Dye, Beverly K. Harris, Harris Management Services, Inc., JB&H Consulting, Inc., Charles Shannon Silver, and Randy Griffin) NOA Based Upon a Constitutional Question (COA11-1263) | See Special Order<br><br>**Beasley, J., Recused** |
| 241P11-3 | State v. Delton Maynor | Def's *Pro Se* PWC to Review Order of COA (COAP12-266) | Dismissed<br><br>**Beasley, J. Recused** |
| 249P11-2 | State v. Bobby R. Grady | Def's *Pro Se* Motion for *Writ* of Discretionary Review | Denied<br>**03/04/13** |
| 265P12-2 | State v. Theodore Morris Foust-el | 1. Def's *Pro Se* Motion for Averment of Jurisdiction<br><br>2. Def's *Pro Se* Motion for Federal Question Jurisdiction | 1. Dismissed<br><br>2. Dismissed |